UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Ex Parte Application of | Case No. 3:25-mc-80067-JSC |
| NOVO NORDISK, A/S, | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| | (CIVIL LOCAL RULE 11-3) |
| Applicant, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | |

I, Elizabeth A. Hellmann, an active member in good standing of the bar of New York and admitted to practice in the United States Court of Appeals for the Second and Eleventh Circuits, as well as the United States District Courts for the Eastern District of New York and Southern District of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: KBP Biosciences Pte. Ltd. in the above-entitled action.

My local co-counsel in this case is Jason D. Russell, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 169219.

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, N.Y. 10001-8602<br>MY ADDRESS OF RECORD | Skadden, Arps, Slate, Meagher & Flom LLP<br>2000 Avenue of the Stars, Suite 200N<br>Los Angeles, California 90067<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 735-3000<br>MY TELEPHONE # OF RECORD | (213) 687-5000<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| betsy.hellmann@skadden.com<br>MY EMAIL ADDRESS OF RECORD | jason.russell@skadden.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2982205.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have not been granted pro hac vice admission by the Court in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2025

/s/ Elizabeth A. Hellmann
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Elizabeth A. Hellmann is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 28, 2025

_____
Hon. Jacqueline Scott Corley
United States District Judge